PROB12A1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED
OCT 1 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Larenique Rene WHITEHEAD |
| **Docket Number:** | 1:01CR05404-03 OWW |
| **Offender Address:** | Los Angeles, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 06/24/2002 |
| **Original Offense:** | 18 USC 2113(a) and (d), Armed Bank Robbery (CLASS B FELONY) |
| **Original Sentence:** | 66 months BOP, $100 special assessment, mandatory drug testing, 5 years TSR |
| **Special Conditions:** | Warrantless search/seizure; substance abuse counseling and testing, $5 co-payment plan; not associate with criminal gang members |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02/06/2006 |
| **Assistant U.S. Attorney:** | Stanley A. Boone     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Jim T. Elia     **Telephone:** (559) 498-3600 |
| **Other Court Action:** | None |

RE:  **WHITEHEAD, Larenique Rene**
     **Docket Number:   1:01CR05404-03 OWW**
     **REPORT OF OFFENDER NON-COMPLIANCE**

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

### 1.  NEW LAW VIOLATIONS

**Details of alleged non-compliance:** On February 6, 2006, the defendant began his term of supervised release in the Central District of California. The supervising probation officer recently advised that, on September 3, 2007, the defendant was arrested for the violation of California Penal Code section 12031(a)(1), Carrying a Loaded Firearm in Public. Officers observed the defendant in possession of a loaded, semi-automatic revolver. He fled from officers but was arrested a short time later.

Officers also recommended that the defendant be charged with the violation of California Penal Code section 186.22, Participation in a Criminal Street Gang, since they believe the defendant was carrying the firearm for the benefit of the 62nd Street East Coast Crips street gang. The defendant has been released from custody pending adjudication.

**United States Probation Officer Plan/Justification:** The defendant's probation officer in Los Angeles indicated, aside from the recent arrest, the defendant had been in compliance. The officer asks that the Court be advised of the arrest, but no formal action be taken until the case is adjudicated. The officer will continue to monitor the case and the Court will be advised of a disposition and a recommended action.

RE: WHITEHEAD, Larenique Rene
Docket Number: 1:01CR05404-03 OWW
**REPORT OF OFFENDER NON-COMPLIANCE**

Respectfully submitted,

/s/ Rick C. Louviere

**RICK C. LOUVIERE**
**Supervising United States Probation Officer**
Telephone: (661) 861-4422

DATED: October 5, 2007
Bakersfield, California
RCL

---

**THE COURT ORDERS:**

(X) The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( ) Submit a Request for Modifying the Conditions or Term of Supervision.

( ) Submit a Request for Warrant or Summons.

( ) Other:

10-12-07
**Date**

*[signature]*
**Signature of Judicial Officer**

cc: United States Probation
Stanley A. Boone, Assistant United States Attorney
Jim T. Elia, Attorney at Law